```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00806
   ANTHONY JONES
   ROBBIE D JONES                               CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-5294     SSN XXX-XX-8392

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/15/2008 and was confirmed 03/26/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
BANK OF NEW YORK           NOTICE ONLY     NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED          199.50            .00            .00
CREDIT FIRST               UNSECURED          178.04            .00            .00
US BANK/RETAIL PAYMENT     SECURED VEHIC     6295.00            .00        1718.21
COUNTRYWIDE HOME LOANS     CURRENT MORTG     5065.87            .00        5065.87
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     9363.92            .00            .00
PREMIER BANCARD CHARTER    UNSECURED          405.10            .00            .00
PREMIER BANCARD CHARTER    UNSECURED          544.22            .00            .00
CODILIS & ASSOCIATES       NOTICE ONLY     NOT FILED            .00            .00
PIERCE & ASSOC             NOTICE ONLY     NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED          397.26            .00            .00
US BANK/RETAIL PAYMENT     UNSECURED         1822.13            .00            .00
CAPITAL MANAGEMENT SERVI   NOTICE ONLY     NOT FILED            .00            .00
IL STATE DISBURSEMENT UN   DSO ARREARS     NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY            40.44            .00            .00
UNITED STATES ATTORNEY     NOTICE ONLY     NOT FILED            .00            .00
D PATRICK MULLARKEY        NOTICE ONLY     NOT FILED            .00            .00
HARVARD COLLECTION SERVI   NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REV SVC           NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY             .00             .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY        NOT FILED            .00            .00
AT&T                       UNSECURED       NOT FILED            .00            .00
ADT SECURITY SYSTEMS       UNSECURED       NOT FILED            .00            .00
APRIA HEALTHCARE INC       UNSECURED       NOT FILED            .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          838.86            .00            .00
BANK ONE NATL BKCY DEPT    UNSECURED       NOT FILED            .00            .00
LVNV FUNDING LLC           UNSECURED         5130.83            .00            .00
RESURGENT CAPITAL SERVIC   NOTICE ONLY     NOT FILED            .00            .00
LVNV FUNDING LLC           UNSECURED         1689.26            .00            .00
CITY OF CHICAGO PARKING    UNSECURED          732.74            .00            .00
ARNOLD SCOTT HARRIS        NOTICE ONLY     NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED            .00            .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00806 ANTHONY JONES & ROBBIE D JONES
```

```
COMMONWEALTH EDISON        UNSECURED       NOT FILED               .00           .00
CREDIT FIRST NATIONAL AS   UNSECURED       NOT FILED               .00           .00
PORTFOLIO RECOVERY ASSOC   FILED LATE         807.03               .00           .00
DIRECT TV                  UNSECURED       NOT FILED               .00           .00
DIRECTV                    UNSECURED       NOT FILED               .00           .00
AFNI                       UNSECURED       NOT FILED               .00           .00
INTERNAL REVENUE SERVICE   UNSECURED             .00               .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED               .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          408.65               .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          647.62               .00           .00
NCO PORTFOLIO MANAGEMENT   NOTICE ONLY     NOT FILED               .00           .00
ECAST SETTLEMENT CORP      UNSECURED         1572.75               .00           .00
ECAST SETTLEMENT CORP      UNSECURED          571.51               .00           .00
ECAST SETTLEMENT CORP      UNSECURED          466.96               .00           .00
ECAST                      NOTICE ONLY     NOT FILED               .00           .00
JC PENNEY                  UNSECURED       NOT FILED               .00           .00
LOYOLA UNIVERSITY          UNSECURED       NOT FILED               .00           .00
US DEPT OF EDUCATION       UNSECURED         5336.16               .00           .00
ILLINOIS DEPT OF REVENUE   UNSECURED          482.58               .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         2595.07               .00           .00
ROUNDUP FUNDING LLC        UNSECURED         1817.59               .00           .00
ROUNDUP FUNDING LLC        UNSECURED          661.36               .00           .00
ROUNDUP FUNDING LLC        UNSECURED         2134.10               .00           .00
MAYWOOD POLICE DEPARTMEN   UNSECURED       NOT FILED               .00           .00
NICOR GAS                  FILED LATE         347.59               .00           .00
NICOR GAS                  NOTICE ONLY     NOT FILED               .00           .00
HSBC ORCHARD BANK          UNSECURED       NOT FILED               .00           .00
HSBC MASTERCARD            NOTICE ONLY     NOT FILED               .00           .00
SAMS CLUB CREDIT CARD      UNSECURED       NOT FILED               .00           .00
AMERITECH OF ILLINOIS      UNSECURED       NOT FILED               .00           .00
VILLAGE OF STONE PARK      UNSECURED       NOT FILED               .00           .00
TCF NATIONAL BANK          UNSECURED       NOT FILED               .00           .00
TCF NATIONAL BANK          UNSECURED       NOT FILED               .00           .00
US BANK                    UNSECURED       NOT FILED               .00           .00
CINGULAR WIRELESS          NOTICE ONLY     NOT FILED               .00           .00
US DEPARTMENT OF EDUCATI   UNSECURED       NOT FILED               .00           .00
DIRECT LOAN SERVICING SY   NOTICE ONLY     NOT FILED               .00           .00
WEST LAKE HOSPITAL         UNSECURED       NOT FILED               .00           .00
WORLDCOM INC               UNSECURED       NOT FILED               .00           .00
NORTHLAND GROUP            NOTICE ONLY     NOT FILED               .00           .00
RESURGENT CAPITAL SERVIC   NOTICE ONLY     NOT FILED               .00           .00
PORTFOLIO RECOVERY ASSOC   NOTICE ONLY     NOT FILED               .00           .00
ECAST SETTLEMENT CORP      NOTICE ONLY     NOT FILED               .00           .00
MONOGRAM CREDIT CARD BAN   NOTICE ONLY     NOT FILED               .00           .00
WOLPOFF & ABRAMSON         NOTICE ONLY     NOT FILED               .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED             .00               .00           .00
TIMOTHY K LIOU             DEBTOR ATTY        51.20                              .00
TOM VAUGHN                 TRUSTEE                                            589.92
DEBTOR REFUND              REFUND                                                .00
```

```
      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                              RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       7,374.00

PRIORITY                                                   .00
SECURED                                                6,784.08
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                     589.92
DEBTOR REFUND                                              .00
                           ---------------       ---------------
TOTALS                        7,374.00                7,374.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 12/22/08                /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE